IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CV-365-FL

| | |
|---|---|
| SOLARPARK RODENAES, GmbH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| PVEE, LLC, and ) | |
| ROVSHAN "RON" SADE, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the court on plaintiff's response to the court's order entered July 27, 2010, which directed the parties report to notice the court of the outcome of defendant Sade's bankruptcy proceeding and to show cause why this matter should remain on the court's docket. In its response, plaintiff notes that it voluntarily dismissed its claims against defendant PVee, LLC on April 27, 2009, and consents to dismissal of this action in its entirety to the extent that any claims remain pending. Plaintiff notes that counsel for defendants have withdrawn, and that plaintiff's counsel has no means to contact defendants. The court notes further that there is no pending counterclaim by defendant Sade. Accordingly, for good cause shown and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is DISMISSED. The Clerk of Court is DIRECTED to close this case.

SO ORDERED, this the 14th day of September, 2010.

_____
LOUISE W. FLANAGAN
Chief United States District Judge